Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim of MARTHA A. BACON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of SEYMOUR B. BACON.

McCarthy & Townsend, Employers, and The Travelers Insurance Company, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, on the opinion in *Tillburg* v. *McCarthy & Townsend* (ante, p. 593), decided herewith.   All concurred, except Lyon and Cochrane, JJ., dissenting.

In the Matter of the Claim of John King, for Compensation for Accidental Personal Injuries, and State Industrial Commission, Respondents, v. E. S. Gross & Company, Employer, and Frankfort General Insurance Company, Insurance Carrier, Appellants.— Award unanimously affirmed.